UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                            Case No. 07-CR-306

TIMOTHY E. KRIESCHER,

        Defendant.

---

## ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE

      Defendant Timothy E. Kriescher pleaded guilty on April 23, 2008 to one count of receipt of material constituting/containing child pornography and was sentenced on July 23, 2008 to 60 months imprisonment, to be followed by 20 years of supervised release. Judgment was entered on July 25, 2008. Kriescher filed a Notice of Appeal even though he had signed a waiver of his right to appeal. His appellate counsel moved to withdraw because he was unable to identify any nonfrivolous argument to pursue and the court of appeals granted that request and dismissed the appeal on February 17, 2010. Kriescher served his term of imprisonment and began his term of supervised release in November 2012. Currently before the court is Kriescher's motion for early termination of his supervised release, which states that his "transformation in thinking actually began while awaiting . . . sentencing" and he reflected on his actions while imprisoned. After release, Kriescher states that although he has seen "many ups and downs," including the loss of both parents and a best friend, he "was able to absorb the blows without slipping into bad habits and making poor decisions."

In response the Government notes that Kriescher received the mandatory minimum 5-year sentence, instead of the 70-87 month Guideline sentence requested by the Government, and that "[t]he Court wanted a 'substantial period' of post-prison supervision for "treatment and [public] safety," recognizing that early termination was possible if Kriescher could establish that it was no longer needed. (Dkt. 33 at 37.) The Government opines that Kriescher does not address the 18 U.S.C. § 3553(a) factors but instead tells the court of his "journey" before sentencing, while in prison, and after his release–but provides no remarkable or compelling basis to terminate supervision. The Government also notes that Kriescher is silent regarding the issues which began shortly after his release indicating deception on his polygraph tests (occurring as recently as 2024), use of his mom's computer unsupervised, and eventually necessitating the addition of a search condition in 2016 and memo to the court in 2017. The Government asks that Kriescher's motion be denied.

U.S. Probation also does not support termination, indicating that Kriescher's employment situation has been inconsistent for the past 12 years, resulting in financial difficulties possibly necessitating the sale of his home. Probation also notes inconsistent polygraph tests, as well as that Kriescher provides no indication that the limitations imposed by supervision create any undue hardship in his life necessitating termination. For those reasons, coupled with the financial and home instability, U.S. Probation declines to suggest termination at this time.

At sentencing, this court imposed the 5-year mandatory minimum sentence, below the 70-87 month Guideline sentence, but specifically imposed a significant term of supervised release in order to provide treatment and for protection of the public. Although there are various positive aspects of Mr. Kriescher's supervision, there are also concerns. The lack of stable employment, the indications of deception on polygraphs, and planned sale of his home and move to an apartment

2

are all factors that led Probation to oppose Kriescher's early termination. Approximately 8 years of supervision remain and there are sufficient ongoing issues to continue supervision to provide the deterrent factors and protection to the public intended. In addition, Kriescher has noted no significant inconvenience supervision imposes upon him. Simple compliance with the terms of supervision imposed is not a sufficient basis to terminate supervision–it is expected. For all of the above reasons, Kriescher's motion for early termination of supervision is denied.

Dated at Green Bay, Wisconsin this 8th day of August, 2025.

William C. Griesbach
United States District Judge